# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                           **PLAINTIFF**

v.                          Case No. 4:16-cv-00232-KGB

**MIKE DAVIS,** *et al*.                                           **DEFENDANTS**

## ORDER

Before the Court is separate defendant Mark Robert's unopposed motion to dismiss (Dkt. No. 72). Mr. Roberts submits that the parties have reached a settlement agreement in this matter and that plaintiff Derrick Lamont Allen now wishes to dismiss his complaint (*Id*., at 1). Attached to Mr. Robert's motion is a motion to dismiss by Mr. Allen that verifies Mr. Robert's representations (*Id*., at 3). Mr. Roberts requests that this matter be dismissed with prejudice (*Id*., at 1). For good cause shown, the Court grants the motion and dismisses with prejudice this action (*Id*.).

So ordered this the 18th day of September, 2018.

_____
Kristine G. Baker
United States District Judge